## Hill's Estate

Before Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

474

*William Y. C. Anderson* and *Richard L. Levy*, for exceptants.

*John F. Thaete* and *Daniel C. Donoghue*, contra.

PER CURIAM, April 29, 1938.—Our review of the record convinces us that the learned auditing judge correctly decided this case. We cannot profitably elaborate upon the adjudication.

For the reasons given, and under the authorities cited, the exceptions are dismissed and the adjudication is confirmed absolutely.